United States Bankruptcy Court
District of Massachusetts

| | |
|---|---|
| In Re:   Prime Mortgage Financial, Inc.<br>        Debtor | Case No.  08-40238   JBR<br>Chapter 7 |
| David M. Nickless, Trustee,<br>        Plaintiff<br>v.<br>Aris Pappas, *et al.*,<br>        Defendants | Adversary Proceeding<br>09-4047 |

**Consolidated for Trial With [42] Objection of the Chapter 7 Trustee, David M. Nickless, To Insider Claims (Claim #59 Aris Pappas) and #52 Response of Aris Pappas Filed in the Main Case.**

James O'Connor for Plaintiff/Trustee
John O. Desmond for Defendant, Aris Pappas

## Exhibits List

See Attached List



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re<br>Prime Mortgage Financial, Inc.<br>    Debtor | Chapter 7<br>No. 08-40238-JBR |
| David M. Nickless, Trustee,<br>    Plaintiff<br>v.<br><br>Aris Pappas et al.<br>    Defendants | Adv. Pro.<br>No. 09-4047 |

Plaintiff:

1. Closed End Motor Vehicle Lease Agreement between Aris Pappas and MH Northborough, Inc. dated October 26, 2006.

2. Amended and Restated Stock Purchase and Restriction Agreement.

3. Defendant's Answer to Plaintiff's Interrogatories.

4. Lexus Financial Services Monthly Billing Statements dated January 9, 2007 through December 7, 2007.

5. Prime Mortgage Check Stub #34830, 35175, 35378, 35557, 35866, 36156, 36292, 36466, 36541, 36623, 36724 and 36813.

6. Canceled checks #36895, and #36961.

7. Prime Mortgage Financial, Inc. Profit & Loss statement January through December 2007 dated January 24, 2008.

8. Prime Mortgage Financial, Inc. Balance Sheet as of December 31, 2006.

9. Prime Mortgage 2006 tax return form 1120S.

10. Prime Mortgage Financial, Inc. Balance Sheet as of December 31, 2007.

11. Prime Mortgage, Inc. A/P Aging Summary as of January 14, 2008.

12. Prime Mortgage Financial, Inc.'s Voluntary Petition

13. Executive Compensation spreadsheet dated May 31, 2007.

14. Salary spreadsheet as of October 15, 2007.

15. Executive Compensation spreadsheet dated December 15, 2006.

16. Promissory Note dated March 30, 2007.

17. Subordination Agreement dated March 30, 2007.

18. American Express Statements dated October 5, 2007, November 3, 2007, and December 5, 2007.

Defendant:

1. Executive Compensation spreadsheet dated May 31, 2005

2. Promissory note dated December 31, 2004

3. Promissory note dated July 15, 2005

4. Promissory note dated January 11, 2005

5. Prime Mortgage Budgets

6. Aris Pappas' 2007 W-2 from Prime Mortgage

7. Aris Pappas' Amended Proof of Claim dated May 15, 2009

8. Trustee's Response to Defendant Aris Pappas' First Set of Interrogatories.